Filed April 25, 1916.

Appeal from Circuit Court, St. Lucie County; James W. Perkins, Judge.

Decrees affirmed.

*F. W. Butler,* for Appellants;

*Fred Fee, A. D. Penney,* and *F. L. Hemmings,* for Appellees.

---

J. M. Thomas, as Trustee in Bankruptcy, for the Estate of E. P. Rentz, Bankrupt, Appellant, v. Harvey Granger and Charles E. Lewis, Co-partners, doing business under the name and style of Granger & Lewis, Appellees.

Filed April 25, 1916.

Appeal from Circuit Court, Marion County; W. S. Bullock, Judge.

Decree affirmed.

*Hocker & Martin* and *H. M. Hampton,* for Appellant;

*P. H. Odom* and *Reynolds & Rogers,* for Appellees.